UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **THE PROTECT DEMOCRACY PROJECT, INC.**<br><br>*Plaintiff,*<br><br>v.<br><br>**U.S. DEPARTMENT OF STATE**,<br><br>*Defendant.* | Civil Action No. 1:19-cv-12115 |

## STIPULATION OF DISMISSAL

Plaintiff, the Protect Democracy Project, and Defendant, the U.S. Department of State, hereby stipulate to the dismissal of this matter with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party will bear its own attorneys' fees and costs.

Dated: November 18, 2022

Respectfully submitted,

By: */s/ Benjamin L. Berwick*
Benjamin L. Berwick
The Protect Democracy Project, Inc.
15 Main Street, Suite 312
Watertown, MA 02472
Telephone: (202) 579-4582
Facsimile: (929) 777-8428
ben.berwick@protectdemocracy.org

Jessica A. Marsden
(*pro hac vice*)
The Protect Democracy Project, Inc.
510 Meadowmont Village Circle, No. 328
Chapel Hill, NC 27517
Telephone: (202) 579-4582
Facsimile: (929) 777-8428
jess.marsden@protectdemocracy.org

John Paredes

1

(*pro hac vice*)
The Protect Democracy Project, Inc.
82 Nassau Street, #601
New York, NY 10038
Telephone: (202) 579-4582
Facsimile: (929) 777-8428
john.paredes@protectdemocracy.org

*Counsel for Plaintiff*

BRIAN D. BOYNTON
Principal Deputy Acting Assistant
Attorney General

MARCIA BERMAN
Assistant Branch Director
Federal Programs Branch

*/s/ Joshua C. Abbuhl*
JOSHUA C. ABBUHL (D.C. Bar No. 1044782)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-8366
Facsimile: (202) 616-8470
E-mail: Joshua.Abbuhl@usdoj.gov

JASON C. WEIDA
Assistant U.S. Attorney
U.S. Attorney's Office
District of Massachusetts

*Counsel for Defendant*


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Joshua C. Abbuhl*
JOSHUA C. ABBUHL
Trial Attorney

2